District Court of The United States of America

For The Eastern District of North Carolina

FILED

JAN 0 6 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Case # _____

Harry Sharod James-El, aka,                    —    Claimant / Relator /
Maustapha Sharod Khalifa-El                          Third-Party Petitioner

- VS -

The Peoples' Republic of China, Wuhan
Institute of Virology in Wuhan,          —    Respondants / Third-
Chinese Communist Party (C.C.P.)              Party Respondants.

## Motion of Opposition to being Charged Unlawful Tender, for an unlawful filing fee.

Now comes Harry Sharod James-El, aka, Maustapha Sharod Khalifa-El, Claimant /Relator /Third-Party Petitioner, in propria persona, moves this Motion of opposition to being charged Unlawful Tender, for an unlawful filing fee.

In Support of This Motion_____

1) Article 1 sec. 8, Article 1 sec. 10 of The Constitution of The United States of America, only recognize "Gold or Silver" Coin a Tender in payment of a Debt."

I do "Not" have the Lawful Tender to pay the Filing Fee. To charge me unlawful/Foreign currency would be a major deviance from The Constitution "as an axiom of our Federal System, congress alone defines the lower Federal Courts' Subject-Matter Jurisdiction." Kontrick v. Ryan, 540, U.S. 443, 452, 124 S. Ct. 906, 157, L. Ed. 2d 867 (2004); "Congress must, of Course, adhere to Constitutional limits in doing So. (Article 3 sec. 2 clause 1)". Odom v. Penske Truck Leasing Co. L.P., 893 F. 3d 739 (10th cir. 2018)

2) The Filing Fee is an unlawful/unconstitutional Fee that is a "Direct Tax without apportionment within the meaning of The constitution." Hyde v. Continental Trust Co. of City of New York, et al., 15 S. Ct. 912 (1895); Pollack v. Farmers' & Loan Trust Co., 157 – us – 429 (1895).

3.) STATE courts cannot charge a filing fee. "The citizen also has correlative Rights. He has a right to free access to its courts of justice in the several States." Crandall v. State of Nevada, 73 U.S. 35 (1867). To charge me a filing fee, is a Conspiracy Against my Rights (Title 18, part 1, chapter 13, Section 241 of The United States Code) and is a civil action under the (FTCA). "under the Federal Tort Claims Act (FTCA), Federal courts apply State Substantive law and Federal procedural law." Daniel v. U.S., 761 F. Supp. 2d 694 (2010); 28 U.S.C.A 1346 (b)(1), also, an action under "The Judicial Conduct and Disability Act".

Therefore, the Filing fee must be completely waived in full and I must be

Case 5:22-cv-03007-JST Document 4 Filed 02/06/22 Page 2 of 3

(2)

allowed to proceed without payment, pursuant to law.

I Harry Sharod James-El, aka, Moustapha Sharod Khalifa-El affirm under the penalty of perjury that the foregoings are True and Correct upon Information and Belief So help me Almighty God Allah.

This 31st day of December, 2021

                              ISI _____
                                        without prejudice
                                  Harry Sharod James-El
                                  OPUS# 1211724
                                  P.O. Box 806
                                  Maury, NC 28554

(3)